UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAVID CORE,<br>    Plaintiff,<br><br>-v-<br><br>MICHIGAN THERAPEUTIC CONSULTANTS, P.C.<br>    Defendant. | No. 1:16-cv-0004<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the opinion and order entered on this date (ECF No. 12), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:   August 4, 2016              /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge

1